[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-10716
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 21, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00016-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES E. THORNTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(November 21, 2008)

Before TJOFLAT, ANDERSON and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for James E. Thornton in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record confirms that there are no issues of arguable merit on appeal.  Therefore, counsel's motion to withdraw is GRANTED, and Thornton's convictions and sentences are AFFIRMED.